UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN VELAZQUEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>WOOLRICH, INC.,<br><br>       Defendant. | No. 22-CV-6730 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On August 16, 2022, the Court directed the parties to submit a letter, within 45 days of service of the summons and complaint, indicating whether they would prefer for the Court to (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. Dkt. 5. The Court has not yet received that letter. The parties are directed to file their joint status letter no later than October 14, 2022. Otherwise, the Court may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 7, 2022
     New York, New York

                   _____
                      RONNIE ABRAMS
                    United States District Judge